| PROB 22 (Rev. 2/88) | RECEIVED<br>TRANSFER OF JURISDICTION<br>2005 DEC 19 A 9:29<br>DEBRA P. HACKETT, CLK<br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT ALA | DOCKET NUMBER *(Tran. Court)*<br>4:04-CR-7-001 (CDL) |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)*<br>2:05CR307-A<br>CR. MISC. NO. 959 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT<br>Middle District of Georgia | DIVISION<br>Columbus |
|---|---|---|
| Edward Donald Fulmer<br>8410 Ryan Road<br>Montgomery, AL 36117 | NAME OF SENTENCING JUDGE | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE: | FROM<br>9/23/2005 | TO<br>9/22/2008 |

OFFENSE

Forgery, Other U.S. Forgery

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF GEORGIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. §3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

10/3/2005
Date

Clay D. Land
U.S. District Judge

*This sentence may be deleted at the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

10/25/05
Effective Date

U. S. District Judge

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
120 TWELFTH STREET
P.O. BOX 124
COLUMBUS, GEORGIA 31902-0124

GREGORY J. LEONARD, Clerk
Telephone: (706) 649-7816
Facsimile: (706) 649-7790

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
THOMASVILLE 31792
VALDOSTA 31601

December 15, 2005

Clerk
United States District Court
Post Office Box 711
Montgomery, AL 36101

    Re:  U.S.A. v. Fulmer
         Case No. Ours 4:04-CR-7 (CDL)/ Yours: Cr. Misc. No. 959

Dear Sir/Madam:

    Pursuant to a transfer of jurisdiction, we are transferring the above-named defendant to your district.

    Please find enclosed a copy of the transfer order, as well as a certified copy of the indictment, judgment, and docket sheet. Also attached is a copy of the payment history.

    Please acknowledge receipt of these documents upon the enclosed copy of the letter.

                            Sincerely,

                            Gregory J. Leonard, Clerk

                            S/ Timothy L. Frost
                            Deputy Clerk

cc:  Counsel of Record