FORM DBD-34
JUN 85

No. 4:04-CR-_____-CDL

# UNITED STATES DISTRICT COURT
*Middle District of Georgia*
*Columbus*

THE UNITED STATES OF AMERICA

vs.

EDWARD DONALD FULMER and
SUSAN DENISE FULMER

## INDICTMENT

18 U.S.C. § 472 and 18 U.S.C. § 2

A true bill.

*Gary E. Byrne*
Foreperson

Filed in open court this 12th day
of Feb A.D. 20 04.

*Pamela White*
Deputy Clerk

Bail, $ _____

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.: 4:04-CR- 7-1 (CDL) |
| vs. | VIOLATION: |
| EDWARD DONALD FULMER and SUSAN DENISE FULMER | 18 U.S.C. § 472<br>18 U.S.C. § 2 |

THE GRAND JURY CHARGES:

## COUNT ONE

## PASSING COUNTERFEIT U.S. CURRENCY

18 U.S.C. § 472

That on or about January 31, 2004, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

EDWARD DONALD FULMER
and
SUSAN DENISE FULMER,

aided and abetted by each other and others, known and unknown to the grand jury, with the intent to defraud, did unlawfully, willfully and knowingly pass and utter falsely made, forged, and counterfeited obligations of the United States, that is, one (1) one-hundred dollar ($100.00) Federal Reserve Note, Series 1996, bearing the Serial Number AB52601563L, at the Baymont Inn, 2919 Warm Springs Road, Columbus, Georgia; all in violation of Title 18, United States Code, Section 472, and Title 18, United States Code, Section 2.

A true and certified copy.
This 12/13 20 05
GREGORY J. LEONARD, CLERK
U.S. DISTRICT COURT, MD Ga.
By: _____ Deputy Clerk

## COUNT TWO

### PASSING COUNTERFEIT U.S. CURRENCY

18 U.S.C. § 472

That on or about January 31, 2004, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

**EDWARD DONALD FULMER**
and
**SUSAN DENISE FULMER,**

aided and abetted by each other and others, known and unknown to the grand jury, with the intent to defraud, did unlawfully, willfully and knowingly pass and utter falsely made, forged, and counterfeited obligations of the United States, that is, one (1) one-hundred dollar ($100.00) Federal Reserve Note, Series 1996, bearing the Serial Number AD34288256A, at the Cheddar's Restaurant, 5555 Whittlesly Boulevard, Columbus, Georgia; all in violation of Title 18, United States Code, Section 472, and Title 18, United States Code, Section 2.

## COUNT THREE

### POSSESSION OF COUNTERFEIT U.S. CURRENCY

18 U.S.C. § 472

That on or about January 31, 2004, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of the Court, the defendants,

**EDWARD DONALD FULMER**
and
**SUSAN DENISE FULMER,**

aided and abetted by each other and others, known and unknown to the grand jury, with the intent to defraud, did unlawfully, willfully and knowingly keep in their possession, and

conceal, falsely made, forged, and counterfeited obligations of the United States, that is, the Federal Reserve Notes described below; all in violation of Title 18, United States Code, Section 472, and Title 18, United States Code, Section 2.

| DENOMINATION | SERIAL NUMBER | SERIES NUMBER |
|---|---|---|
| $100.00 | BI22910449A | 1999 |
| $100.00 | AB36563054U | 1996 |
| $100.00 | AJ16286254A | 1996 |
| $100.00 | CH15981272A | 2001 |
| $100.00 | CB37453271B | 2001 |
| $100.00 | CB54149636D | 2001 |
| $100.00 | AG38645010B | 1996 |
| $100.00 | AB99133052A | 1996 |
| $100.00 | BB69010352A | 1999 |
| $100.00 | BA01335993* | 1999 |
| $100.00 | AB30604610Q | 1996 |
| $100.00 | AB13058036D | 1996 |
| $100.00 | CB42989132D | 2001 |
| $100.00 | AB16447374R | 1996 |
| $100.00 | AE98018528B | 1996 |
| $100.00 | AE18546138C | 1996 |
| $100.00 | AB52601563L | 1996 |
| $100.00 | AD34288256A | 1996 |
| $20.00 | CK30505431B | 2001 |
| $20.00 | BJ40483271A | 1999 |
| $20.00 | CK31215421B | 2001 |
| $20.00 | AJ52617410A | 1996 |
| $20.00 | AG04357628D | 1996 |

| DENOMINATION | SERIAL NUMBER | SERIES NUMBER |
|---|---|---|
| $20.00 | BG91388572A | 1999 |
| $20.00 | CF81915197A | 2001 |
| $20.00 | BG05081010B | 1999 |

A TRUE BILL.

*/s/ Harry E. Bruno*
FOREPERSON OF THE GRAND JURY

Presented by:

*/s/ John L. Lynch*
JOHN L. LYNCH
ASSISTANT UNITED STATES ATTORNEY