PRIOR

# U.S. District Court [LIVE AREA]
## Middle District of Georgia (Columbus)
### CRIMINAL DOCKET FOR CASE #: 4:04-cr-00007-CDL-1
Internal Use Only

Case title: USA v. Fulmer
Magistrate judge case number: 4:04-mj-00082

Date Filed: 02/12/2004

---

Assigned to: Judge Clay D. Land

### Defendant

**Edward Donald Fulmer** (1)
*TERMINATED: 07/07/2004*

represented by **Bobby Glenn Peters**
832 First Avenue
Columbus, GA 31901
706-324-2264
*TERMINATED: 07/07/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

18:472.F PASSES COUNTERFEIT
OBLIGATIONS OR SECURITIES -
passing counterfeit currency
(2)

18:472.F PASSES COUNTERFEIT
OBLIGATIONS OR SECURITIES -
possession of counterfeit currency
(3)

### Disposition

21 months imprisonment, 3 years
supervised release, and a $100.00
mandatory court assessment

21 months imprisonment, 3 years
supervised release, and a $100.00
mandatory court assessment

### Highest Offense Level (Opening)

Felony

### Terminated Counts

18:472.F PASSES COUNTERFEIT
OBLIGATIONS OR SECURITIES -
passing counterfeit currency
(1)

### Disposition

Dismissed pursuant to plea agreement

### Highest Offense Level (Terminated)

Felony

A true and certified copy.
This 12/15 20 05
GREGORY J. LEONARD, CLERK
U.S. DISTRICT COURT, MD Ga.
By: _____
Deputy Clerk

**Complaints**          **Disposition**

None

---

**Plaintiff**

USA                                represented by  **John L. Lynch**
                                                    PO Box 2568
                                                    Columbus, GA 31902-2568
                                                    706-649-7700
                                                    Email: john.lynch4@usdoj.gov
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2004 | | **Added Government Attorney John L. Lynch [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | 1 | COMPLAINT as to Edward Donald Fulmer, Susan Denise Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | 2 | CJA 23 FINANCIAL AFFIDAVIT by Edward Donald Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | 3 | CJA 23 FINANCIAL AFFIDAVIT by Edward Donald Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | | Arrest WARRANT issued as to Edward Donald Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/03/2004 | | ARREST of Edward Donald Fulmer, Susan Denise Fulmer [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/04/2004 | | CJA 20 as to Edward Donald Fulmer : Appointment of Attorney Bobby Glenn Peters () [ 4:04-m -82 ] (tlf) (Entered: 02/04/2004) |
| 02/04/2004 | | Initial appearance hearing as to Edward Donald Fulmer held (Defendant informed of rights.) Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) Modified on 02/11/2004 (Entered: 02/11/2004) |
| 02/04/2004 | | Bond hearing as to Edward Donald Fulmer held Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | 4 | Minute sheet as to Edward Donald Fulmer: Initial appearance held before Magistrate Judge Faircloth, Columbus, GA; Court Reporter: Tape Recorder [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/04/2004 | 6 | Appearance BOND entered by Edward Donald Fulmer in Amount $ 10,000 Secured 10% Receipt # 401720 [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| | | |

| | | |
|---|---|---|
| 02/04/2004 | 7 | ORDER Setting Conditions of Release as to Edward Donald Fulmer Bond set to $10,000 Secured by 10% for Edward Donald Fulmer. ( Signed by Mag. Judge G. M. Faircloth ) [ 4:04-m -82 ] (tls) (Entered: 02/11/2004) |
| 02/12/2004 | | **Added Government Attorney John L. Lynch (tlf) (Entered: 02/24/2004) |
| 02/12/2004 | 10 | INDICTMENT as to Edward Donald Fulmer (1) count(s) 1-2, 3, Susan Denise Fulmer (2) count(s) 1-2, 3 (tlf) (Entered: 02/24/2004) |
| 02/24/2004 | | SUMMONS(ES) issued for Edward Donald Fulmer, Susan Denise Fulmer (tlf) (Entered: 02/26/2004) |
| 04/01/2004 | | Change of Plea Hearing as to Edward Donald Fulmer, Susan Denise Fulmer held Court Reporter: Betsy Peterson (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | 11 | Plea Agreement as to Edward Donald Fulmer (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | 12 | PLEA entered by Edward Donald Fulmer . Court accepts plea. Guilty: Edward Donald Fulmer (1) count(s) 1, 3 (Terminated motions: ) Court Reporter: Betsy Peterson (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | | Oral MOTION by USA as to Edward Donald Fulmer, Susan Denise Fulmer for Revocation of Pretrial Release (tlf) (Entered: 04/01/2004) |
| 04/01/2004 | 15 | Minute sheet as to Edward Donald Fulmer, Susan Denise Fulmer of change of plea hearing held before Judge Land in Columbus, Georgia and : denying [0-1] motion for Revocation of Pretrial Release as to Edward Donald Fulmer (1), Susan Denise Fulmer (2) Court Reporter: Betsy Peterson (tlf) (Entered: 04/01/2004) |
| 07/01/2004 | | Sentencing held Edward Donald Fulmer (1) count(s) 2, 3, Susan Denise Fulmer (2) count(s) 2, 3 Court Reporter: Betsy Peterson (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 16 | ORDER TO SURRENDER and requiring the posting of a cash bond as to Edward Donald Fulmer . Bond entered - $ 250.00, receipt # 401893 Deadline to check for refund of bond amount set for 9/29/04 for Edward Donald Fulmer . ( Signed by Judge Clay D. Land ) (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 18 | WAIVER of any rights to have jury decide factual sentencing issues by Edward Donald Fulmer (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 20 | Appeal Information Package as to Edward Donald Fulmer . Information hand delivered to defendant at sentencing. (tlf) (Entered: 07/07/2004) |
| 07/01/2004 | 22 | Minute sheet of sentencing as to Edward Donald Fulmer held before Judge Land in Columbus, Georgia : Court Reporter: Betsy Peterson (tlf) (Entered: 07/07/2004) |
| 07/07/2004 | | DISMISSAL of Count(s) on Government Motion as to Edward Donald Fulmer, Susan Denise Fulmer, Counts Dismissed: Edward Donald Fulmer (1) count(s) 1, Susan Denise Fulmer (2) count(s) 1 (tlf) (Entered: |

| | | 07/07/2004) |
|---|---|---|
| 07/08/2004 | 24 | JUDGMENT as to Edward Donald Fulmer (1) count(s) 1. Dismissed pursuant to plea agreement , Edward Donald Fulmer (1) count(s) 2. 21 months imprisonment, 3 years supervised release, and a $100.00 mandatory court assessment , Edward Donald Fulmer (1) count(s) 3. 21 months imprisonment, 3 years supervised release, and a $100.00 mandatory court assessment Terminated Motions: ( Signed by Judge Clay D. Land ) (tlf) (Entered: 07/13/2004) |
| 09/13/2004 | 26 | ORDER as to Edward Donald Fulmer, for Return of Surety ( Signed by Judge Clay D. Land ) (tlf) (Entered: 09/14/2004) |
| 09/17/2004 | | Return of VOLUNTARY SURRENDER BOND as to Edward Donald Fulmer ; Check #: 129338, Amount: $ 250.00. (cmf) (Entered: 09/20/2004) |
| 09/20/2004 | | **Location LC as to Edward Donald Fulmer (cmf) (Entered: 09/20/2004) |
| 01/06/2005 | | Terminate Deadlines and Hearings as to Susan Denise Fulmer; terminated surrender date. (tls, ) (Entered: 01/06/2005) |
| 06/07/2005 | 28 | MOTION for Relief i/a/w Rule 35 by USA as to Edward Donald Fulmer. (Lynch, John) (Entered: 06/07/2005) |
| 06/08/2005 | | Motion Submission as to Edward Donald Fulmer re 28 MOTION for Relief i/a/w Rule 35. (tls, ) (Entered: 06/08/2005) |
| 06/17/2005 | 29 | ORDER granting 28 Motion for Relief i/a/w Rule 35 as to Edward Donald Fulmer (1). Court reduces the confinement portion of defendant's sentence on Counts Two and Three to 15 months custody on each count, to be served concurrently. Signed by Judge Clay D. Land on 6/13/05. (tls, ) (Entered: 06/17/2005) |
| 06/21/2005 | | *** Warden's Address for service of 29 order concerning Edward Fulmer is: FCI YAZOO CITY LOW, FEDERAL CORRECTIONAL INSTITUTION, 2225 HALEY BARBOUR PARKWAY, YAZOO CITY, MS 39194 (tls, ) (Entered: 06/21/2005) |
| 12/15/2005 | 30 | Probation Jurisdiction Transferred to Middle District of Alabama as to Edward Donald Fulmer Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment, and docket sheet. (tlf). (Entered: 12/15/2005) |
| 12/15/2005 | 31 | Letter regarding transfer documents sent to Middle District of Alabama (tlf). (Entered: 12/15/2005) |