```
4:04-CR-00007-001    EDWARD D. FULMER
------------------------------------------------------------------------
Debt Number          : 4:04-CR-00007-D-001  Balance Due        :   769.96
Debt Date            :          07/09/04    Principal Balance  :   769.96
                                            Adjustment Balance :   230.04
------------------------------------------------------------------------
Mandatory Assessment:      200.00  Interest           :     0.00
Restitution         :        0.00  Penalties          :     0.00
Fine                :    1,000.00  Receipts           :   200.00
Cost of Prosecution :        0.00  Disbursements      :     0.00
Total Ordered------>:    1,200.00  Disbursements Pending:   0.00
------------------------------------------------------------------------
Offense Date         : 03/31/04   Payment Schedule   :
Sentence             : 07/01/04   Start Date         :
Interest Rate        :  2.07000   Installment Amount :     0.00
------------------------------------------------------------------------
TRANSACTION INFORMATION
------------------------------------------------------------------------
09/06/05   A-504100   BOP
08/01/05   A-504100   BOP                                      33.97
07/01/05   A-504100   BOP                                      42.22
06/01/05   A-504100   BOP                                      39.68
05/02/05   A-504100   BOP                                      39.17
04/05/05   A-504100   BOP                                      25.00
01/05/05   A-504100   BOP                                      25.00
07/14/04   R-504100   PREJUDGEMENT RECEIPTS   FULMER           25.00
07/14/04   R-504100   CRIMINAL ASSESSMENTS    FULMER         -200.00
07/01/04   R-504100   PREJUDGEMENT RECEIPTS   FULMER          200.00
                                                              200.00
------------------------------------------------------------------------
DELINQUENT PAYMENT INFORMATION
------------------------------------------------------------------------
No Payments Delinquent
------------------------------------------------------------------------
Updated - 11/01/05 09:04:54
```

☐