**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) CRIMINAL NO. 2:05CR000307 |
| **EDWARD FULMER,** | ) |
| Defendant. | ) |

## SATISFACTION OF JUDGMENT AS TO MONETARY IMPOSITION

The assessment, fine, and/or restitution imposed by the Court in the above-entitled case having been paid or otherwise settled through compromise, the Clerk of the United States District Court for the Middle District of Alabama is hereby authorized and empowered to satisfy the judgment as to the monetary imposition only.

LEURA G. CANARY
UNITED STATES ATTORNEY


/S/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Plaintiff
Post Office Box 197
Montgomery, AL 36101
Telephone:  (334) 223-7280
Facsimile:  (334) 223-7201
E-Mail: rand.neeley@usdoj.gov


JUDGMENT DATED:     July 8, 2004

DATED:     September 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Satisfaction of Judgment As To Monetary Imposition upon Edward Fulmer, defendant, by mailing a copy of same, first class, postage prepaid, addressed to the following, this the 11th day of September, 2007.

Mr. Edward Fulmer
8410 Ryan Road
Montgomery, AL 36117

/S/ R. Randolph Neeley
ASSISTANT U.S. ATTORNEY